# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Alan D. and Sandra T. Lakin   )
)
)   **Bankruptcy No.** 11 B 26643
)
**Debtor(s)**   )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

**TO:** See Attached Service List

Please take notice that the Court will call the above -captioned case for another status hearing on <u>February 28, 2013 at 10:30 a.m.</u> In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Ronald R. Peterson is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Alan D. Lakin and Sandra T. Lakin
Bankruptcy No. 11 B 26643

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Debtors' Attorney*

**Barbara L Yong**
Golan & Christie LLP
70 W Madison Suite 1500
Chicago, IL 60602

*Trustee*

**Ronald R Peterson**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtors*

**Alan D. Lakin and Sandra T. Lakin**
427 Greenleaf
Wilmette, IL 60091